IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>RANSEN TAITO,<br><br>    Defendant. | CR. NO. 18-00001 JMS-WRP<br><br>ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION, ECF NO. 34 |

### ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION, ECF NO. 34

On January 4, 2021, the United States filed a Motion to Dismiss the Information in the Interests of Justice, ECF No. 34, pursuant to Federal Rule of Criminal Procedure 48(a).  The court has reviewed the Motion and, having extensive knowledge of the facts and circumstances of this case, GRANTS the Motion.  The Motion was made in good faith and it serves the interests of justice to dismiss this matter with prejudice.  The information filed on January 3, 2018 is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, January 4, 2021.



 /s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge